UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Criminal No. 18-cr-20348

    Plaintiff,

v.                              Hon. Robert H. Cleland

D-4 Paul Zyburski,

    Defendant

## MOTION AND BRIEF FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of Michigan hereby moves to dismiss the Complaint against Defendant herein. The reason for dismissal is due to the issuance of an indictment.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/John N. O'Brien II*
John N. O'Brien II
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.Obrien@usdoj.gov
(313) 226-9100

CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph R. Arnone

joseh@arnone-law.com

*s/John N. O'Brien II*
John N. O'Brien II
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.Obrien@usdoj.gov
(313) 226-9100
P39912